# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 98CR3583-H |
| Plaintiff, | |
| v. | JUDGMENT AND ORDER OF DISMISSAL |
| ALBERTO MARTINEZ-ACOSTA (1), | |
| Defendant. | |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Indictment, the First Superseding Indictment and the Second Superseding Indictment in the above entitled case against defendant Alberto Martinez-Acosta. The defendant is hereby discharged and the bench warrants issued on February 10, 1999 and March 1, 1999 are hereby recalled.

IT IS SO ORDERED AND ADJUDGED.

DATED: May 5, 2016

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE